No. 92–1078. BOUDREAUX *v.* UNITED STATES. Ct. Mil. App. Motion of petitioner to defer consideration of petition for writ of certiorari denied. Certiorari denied. ▇▇▇▇▇▇▇▇▇
▇

No. 92–1079. BUCKLEY *v.* UNITED STATES. Ct. Mil. App. Motion of petitioner to defer consideration of petition for writ of certiorari denied. Certiorari denied. ▇▇▇▇▇▇▇▇▇
▇

No. 92–6863. DOWELL *v.* HOLLINGSWORTH ET AL. C. A. 5th Cir. Motion of petitioner to defer consideration of petition for writ of certiorari denied. Certiorari denied.

No. 92–7158. MERCER *v.* UNITED STATES. Ct. App. D. C. Motion of petitioner to defer consideration of petition for writ of certiorari denied. Certiorari denied.

No. 92–1037. MILLER *v.* INDIANA HOSPITAL ET AL. C. A. 3d Cir. Motions of Virginia Ray et al. and Semmelweis Society for leave to file briefs as *amici curiae* granted. Certiorari denied.
▇▇▇▇▇▇▇

No. 92–1046. NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PENNSYLVANIA *v.* CAMP, TRUSTEE, SECURITIES INVESTOR PROTECTION CORP. C. A. 11th Cir. Motions of American Insurance Association and Surety Association of America for leave to file briefs as *amici curiae* granted. Certiorari denied.
▇▇▇▇▇▇▇

No. 92–1053. NATIONAL JEWISH COMMISSION ON LAW AND PUBLIC AFFAIRS (COLPA) *v.* RAN-DAV'S COUNTY KOSHER, INC., ET AL. Sup. Ct. N. J. Motion of New Jersey Association of Reform Rabbis et al. for leave to file a brief as *amici curiae* granted. Certiorari denied. ▇▇▇▇▇▇▇▇▇

No. 92–1107. HOLMES ET AL. *v.* TAYLOR ET UX. C. A. 5th Cir. Motions of Maritime Law Association of the United States and American Institute of Marine Underwriters for leave to file briefs as *amici curiae* granted. Certiorari denied. ▇▇▇▇▇▇
▇▇▇▇▇